UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANKFIRST,

    Plaintiff,

v.

CARPENTER LAKE
DEVELOPMENT, INC., et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-643

## ORDER GRANTING EMERGENCY MOTION TO WITHDRAW

Barnes and Thornburg LLP filed an Emergency Motion to Withdraw its Appearance as Counsel for all corporate defendants (Dkt. #28).  The firm alleged, inter alia, that the Michigan Rules of Professional Conduct (MRPC) mandated withdrawal pursuant to MRPC 1.16(a)(1).

The corporate defendants received notice of the Court's scheduled hearing on July 18, 2008 at 9:30 a.m.  No corporation representatives appeared to contest the Emergency Motion.

Attorney Jeffrey G. Muth asserted on the record, as an officer of the Court, that grounds existed for withdrawal pursuant to the mandatory provisions of the MRPC.  In addition, the Emergency Motion asserted a complete breakdown of the attorney-client relationship.

Accordingly, the Court grants the Emergency Motion.  The law firm of Barnes and Thornburg LLP is granted leave to withdraw as counsel for the corporate defendants.

**IT IS SO ORDERED**.

Date:  July 18, 2008

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge