UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANKFIRST,

    Plaintiff,

v.

CARPENTER LAKE
DEVELOPMENT, INC., Et al.,

    Defendants.
_____/

Case No.: 1:08-cv-643

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation (ECF No. 72) filed by United States Magistrate Judge Joseph G. Scoville in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    **THEREFORE, IT IS ORDERED** that the claims against defendants Carpenter Lake Development, Inc., Carpenter Ridge, Inc., Double JJ Resort Ranch, Inc., American Appaloosas, Inc., and Outdoor Resources, Inc. are **DISMISSED for lack of jurisdiction** and (b) all claims against defendants Robert Lipsitz and Walter Wojack are **DISMISSED without prejudice**.

Dated:  September 27, 2011              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge