UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANKFIRST,

       Plaintiff,

                                      Case No.: 1:08-cv-643

v.

                                        HONORABLE PAUL L. MALONEY

CARPENTER LAKE
DEVELOPMENT, INC., Et al.,

       Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 72) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the claims against defendants Carpenter Lake Development, Inc., Carpenter Ridge, Inc., Double JJ Resort Ranch, Inc., American Appaloosas, Inc., and Outdoor Resources, Inc. are **DISMISSED for lack of jurisdiction** and (b) all claims against defendants Robert Lipsitz and Walter Wojack are **DISMISSED without prejudice**.

Dated:  September 27, 2011             /s/ Paul L. Maloney_____
                                        Paul L. Maloney
                                        Chief United States District Judge